**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TRUSTED KNIGHT CORPORATION<br><br>     Plaintiff,<br><br>     v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>     Defendant. | Case No. 3:19-cv-01206-EMC<br><br>Honorable Edward M. Chen |

## ORDER OF DISMISSAL

On July 7, 2022, in appeal No. 21-2274, the Federal Circuit entered Judgment pursuant to Federal Circuit Rule 36 affirming the Patent Trial and Appeal Board's Final Written Decision in IPR2020-00323 finding claims 1-6, 8-17, and 19-29 of U.S. Patent No. 9,503,473 invalid as obvious.

The parties request the Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, and counterclaims for relief against Plaintiff with prejudice. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted between the Parties are herein dismissed, with prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this  23   day of August 2022

_____
Hon. Edward M. Chen
United States District Judge

Case No. 3:19-cv-01206-EMC